IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02661-WYD-MEH

DANIELE CHAFIN,

    Plaintiff,

v.

NICHOLAS STASI;
KELLI JAYCOX;
MICHAEL KELLY, and
THE CITY OF DURANGO,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    In light of the filing of the Amended Complaint (ECF No. 25) and Defendants' Motion to Dismiss Amended Complaint Pursuant to Fed.R.Civ.P.12(b)(6) (ECF No. 28), Defendants' motion to dismiss the original complaint (ECF No. 19) is **DENIED AS MOOT**.

    Dated:  January 30, 2014