IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02661-WYD-MEH

DANIELE CHAFIN,

      Plaintiff,

v.

NICHOLAS STASI,
KELLI JAYCOX,
MICHAEL, a Durango Community Recreation Center Employee Whose Last Name is Unknown,
and
THE CITY OF DURANGO,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 11, 2014.**

      Plaintiff's Motion for Conference on Discovery Dispute [filed February 11, 2014; docket #34] is **granted**. Counsel for the parties are directed to appear before the Court for a conference regarding the above matter on Thursday, **March 6, 2014, at 10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      If they choose to do so, counsel may appear at the conference by telephone by first conferencing together, then calling my Chambers at (303) 844-4507 at the appointed time. Otherwise, please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).