IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02661-WYD-MEH

DANIELE CHAFIN,

    Plaintiff,

v.

NICHOLAS STASI,
KELLI JAYCOX,
MICHAEL, a Durango Community Recreation Center Employee Whose Last Name is Unknown,
and
THE CITY OF DURANGO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 4, 2014.**

    Plaintiff's Notice of "Exhibits to Motion for Leave to File Second Amended Complaint" [filed March 3, 2014; docket #39] was erroneously filed as a motion and, thus, is **denied as moot**.