IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   13-cv-02661-WYD-MEH | Date:   March 6, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| DANIELE CHAFIN, | J. Michael Considine, Jr. |
| Plaintiff, | |
| vs. | |
| NICHOLAS STASI, | Courtney Kramer |
| MICHAEL (last name unknown), and | |
| THE CITY OF DURANGO, | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC DISCOVERY DISPUTE HEARING**

**Court in session:**     **10:00 a.m.**

Court calls case.   Appearances of counsel.

Argument and discussion held regarding discovery dispute as to obtaining Plaintiff's sealed court file from Plaintiff's case in La Plata County.

**ORDERED:**   Counsel are directed to file a joint motion with the La Plata County court requesting documents from the plaintiff's sealed criminal file in that court.

Argument and discussion held regarding Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 37, filed 2/28/2014).

**ORDERED:**   Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 37, filed 2/28/2014) is GRANTED as stated on the record.   The Clerk of the Court is directed to accept for filing as of this date the Second Amended Complaint (Doc. 37-1).

Discussion held regarding extending the deadline for Plaintiff's response to Defendants' Motion to Dismiss, Defendants' intention to file another motion to dismiss in light of the Second Amended Complaint, and the deadline for responses to written discovery by both parties.

**Court in recess:**     **10:41 a.m.**   (Hearing concluded)
**Total time in court:**   0:41

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.