IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-02661-WYD-MEH

DANIELE CHAFIN,

      Plaintiff,

v.

NICHOLAS STASI;
KELLI JAYCOX;
MICHAEL KELLY, and
THE CITY OF DURANGO,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      In light of the filing of the Second Amended Complaint on March 7, 2014 (ECF No. 44), Defendants' Motion to Dismiss Amended Complaint Pursuant to Fed.R.Civ.P. 12(b)(6) filed January 29, 2014 (ECF No. 28) is **DENIED AS MOOT**.

      Dated:  March 10, 2014