IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02661-WYD-MEH

DANIELE CHAFIN,

    Plaintiff,

v.

NICHOLAS STASI,
KELLI JAYCOX,
MICHAEL, a Durango Community Recreation Center Employee Whose Last Name is Unknown,
and
THE CITY OF DURANGO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 2, 2014.**

    Plaintiff's Motion for Conference #5 on Discovery Disputes [filed May 30, 2014; docket #66] is **granted in part and denied in part**. The Court construes the motion as a request for a hearing on Defendants' pending motion to stay and will grant such request. Accordingly, counsel for the parties are directed to appear before the Court for a hearing regarding Defendant's Motion to Stay Discovery (docket #59) on Tuesday, **June 17, 2014, at 11:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    If they choose to do so, counsel may appear at the hearing by telephone by first conferencing together, then calling my Chambers at (303) 844-4507 at the appointed time. Otherwise, please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).

    To the extent that the parties wish to file briefs opposing or in support of the motion to stay, Plaintiff shall file a response brief on or before June 10, 2014 and Defendant may file a reply brief on or before June 13, 2014.