IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   13-cv-02661-WYD-MEH | Date:   June 17, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| DANIELE CHAFIN, | J. Michael Considine (by phone) |
| Plaintiff, | |
| vs. | |
| NICHOLAS STASI, | Courtney Kramer |
| KELLI JAYCOX, | Eric Ziporin |
| MICHAEL KELLY, and | |
| THE CITY OF DURANGO, | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

**Court in session:**    4:01 p.m.

Court calls case.   Appearances of counsel.

Argument and discussion held regarding Defendants' Motion to Stay Discovery (Doc. 59, filed 5/29/14).

Defendants are granted leave to file a written reply to the motion by **close of business on June 19, 2014.**

**ORDERED:**    Any depositions scheduled for the week of June 23, 2014, are vacated.

The Court takes Defendants' Motion to Stay Discovery (Doc. 59, filed 5/29/14) under advisement.

**Court in recess:**    4:58 p.m.   (Hearing concluded)
**Total time in court:**  0:57

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.