IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02661-WYD-MEH

DANIELE CHAFIN,

    Plaintiff,

v.

NICHOLAS STASI,
KELLI JAYCOX,
MICHAEL, a Durango Community Recreation Center Employee Whose Last Name is Unknown,
and
THE CITY OF DURANGO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 3, 2014.**

In light of the order issued June 25, 2014 (docket #85) Plaintiff's Motion for Leave to File Response to Reply in support of Motion to Stay [filed June 25, 2014; docket #83] is **denied as moot**.