**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-02661-WYD-MEH

DANIELE CHAFIN,

      Plaintiff,

v.

NICHOLAS STASI;
KELLI JAYCOX;
MICHAEL KELLY, AND
THE CITY OF DURANGO,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER ON SUMMARY JUDGMENT MOTIONS of Senior Judge Wiley Y. Daniel entered on March 31, 2015 it is hereby

ORDERED that Plaintiff DANIELE CHAFIN recovers nothing, the action is dismissed on the merits, and Defendant NICHOLAS STASI; KELLI JAYCOX; MICHAEL KELLY, and THE CITY OF DURANGO is **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 31st day of March, 2015.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

By: s/ *Robert R. Keech*
                Robert R. Keech
                Deputy Clerk